IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **PAUL ROY SMITH, III,** ) | |
| ) | |
| **Plaintiff,** ) | |
| v.                                                      ) | **CIVIL ACTION NO 08-143-KD-M** |
| ) | |
| **SUNBELT RENTALS, INC.,** ) | |
| ) | |
| **Defendant.** ) | |

## JUDGMENT

In accordance with the Order entered on this date granting the Motion for Summary Judgment filed by Defendant Sunbelt Rentals, Inc. (Docs. 22, 23, 24), it is hereby **ORDERED, ADJUDGED** and **DECREED** that this action shall be and is hereby **DISMISSED** with prejudice.

Each party shall bear their own costs.

**DONE** and **ORDERED** this the **14th** day of **April, 2009.**

　　　　　　　　　　　　　　　　 S/ Kristi K. DuBose
　　　　　　　　　　　　　　　　**KRISTI K. DUBOSE**
　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**